UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MICHAEL MUSAELIAN,<br><br>    Petitioner,<br><br>  v.<br><br>ROBERT OCHS, Chief Probation Officer of Sonoma County,<br><br>    Respondent.<br>                                        / | No. C 10-605 SI (pr)<br><br>**ORDER REOPENING ACTION, LIFTING STAY AND SETTING BRIEFING SCHEDULE** |

       This action was stayed and administratively closed so that petitioner could exhaust state court remedies as to several of the claims in the petition. Petitioner has filed a "first amended petition for a writ of habeas corpus after exhaustion of state claims and to reopen the action" (docket # 18) in which he explained that he has now exhausted state court remedies and is ready to proceed. Respondent has not opposed the request to reopen.

       Upon due consideration, the court GRANTS petitioner's request to reopen the action. The stay is lifted. The clerk will reopen this action that had been closed administratively. In order to move this action toward resolution, the court now sets the following briefing schedule on the claims that were articulated in the petition and again in the first amended petition:

       1.    Respondent must file and serve upon petitioner, on or before **September 9, 2011**, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent must file with the answer a copy of all portions of the court proceedings that have been previously transcribed and that are relevant to a determination of the issues presented by the petition.

2. If petitioner wishes to respond to the answer, he must do so by filing a traverse with the court and serving it on respondent on or before **October 14, 2011**.

IT IS SO ORDERED.

DATED: June 22, 2011

                                          SUSAN ILLSTON
                                        United States District Judge