UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MICHAEL MUSAELIAN,<br>    Petitioner,<br>  v.<br>ROBERT OCHS, Warden,<br>    Respondent.           / | No. C 09-605 SI (PR)<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is denied. Judgment is hereby entered in favor of respondent.

**IT IS SO ORDERED**.

DATED: December 5, 2011

                                          SUSAN ILLSTON
                                     United States District Judge